```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Terry T. Thomas

    v.                       Case No. 04-cv-437-PB

Hillsborough County Department of Corrections, et

ORDER

Re: Document No. 32, Motion for an Expedited Hearing

Ruling:  Plaintiff raises a number of issues. 1.The court will independently address the Motion for Protective Order now that defense counsel has finally filed the Response to Objection. 2. The court assumes that defendants served the response (two months late) on plaintiff. 3. An answer to the amended complaint was filed with the court on February 9,2006. Whether or not it was served then on plaintiff he didn't get it. Defendants are to immediately deliver a copy to plaintiff.  4. The Motion to Compel Order was entered and sent out on March 16, 2006.  5. The request to discontinue CM/ECF is denied. Nevertheless it appears that a further scheduling conference is in order. Therefore the request for a hearing is granted and the Clerk is requested to schedule it. If counsel would prefer it be done by video conference cunsel should set it up with the Deputy.

                                                /s/ James R. Muirhead
                                              James R. Muirhead
                                              U.S. Magistrate Judge

Date:  April 6, 2006

cc:  Terry Thomas, Pro se
     John Curran, Esq.
     Carolyn Kirby, Esq.
     Elizabeth Hurley, Esq.