UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Terry T. Thomas

    v.                                            Civil No. 04-cv-437-PB

Hillsborough County Department
of Corrections, et al.


**O R D E R**

Plaintiff seeks transcripts prepared of the preliminary pretrial of July 18, 2005 and of a scheduling conference on April 13, 2006.  Transcription fees are payable by the United States in appeals in forma pauperis only when "the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)."  28 U.S.C. § 753(f).  The motion has been referred to me for decision.

Neither the notice of appeal nor the motion for the particular transcripts provide any information on the basis for appeal or the relevance of these transcripts.  Plaintiff is to provide a statement within twenty (20) days setting forth the

basis for appeal, a list of any substantial questions and the relevance of these preliminary transcripts.

    **SO ORDERED.**

                              /s/ James R. Muirhead
                              James R. Muirhead
                              United States Magistrate Judge

Date: April 3, 2007

cc:   John A. Curran, Esq.
      Elizabeth L. Hurley, Esq.
      Carolyn M. Kirby, Esq.
      Terry T. Thomas, pro se